IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. CR407-131 |
| ) | |
| PAUL M. CHASTAIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

Before the Court is Defendant Paul M. Chastain's Motion to Modify Sentence. (Doc. 44.) In this motion, Defendant requests that the Court terminate his supervised release because it interferes with his ability to pursue a career in engineering. (Id. at 2.) After careful consideration of the record in this case, the Court concludes that termination of Defendant's term of supervised release is not warranted at this time. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 14th day of September 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA